BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8974
   Facsimile: (415) 744-0134
   E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WALKER, ) | CASE NO: 2:10-CV-2595-DAD |
| ) | |
| Plaintiff, ) | **ORDER FOR DEFENDANT'S REQUEST TO EXTEND TIME TO FILE RESPONDING BRIEF** |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

   Pursuant to the stipulation of the parties showing good cause for a requested first extension of Defendant's time to file an opposition to Plaintiff's Motion For Summary Judgment, the request is hereby APPROVED.

   Defendant shall file his Motion For Summary Judgment on or before April 9, 2012.

   **IT IS SO ORDERED**.

DATED: March 6, 2012.

DAD1\orders.soc sec
walker2595.stipord.eot2.wpd

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ORDER
10-2595
                      1