BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PAMELA WALKER, ) </br>                 Plaintiff, ) </br>        v.                 ) </br> COMMISSIONER OF ) </br> SOCIAL SECURITY, ) </br>                 Defendant. ) | Case No. CIV-2:10-02595-DAD </br></br> STIPULATION AND ORDER </br> FOR REMAND PURSUANT TO SENTENCE </br> FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the administrative law judge (ALJ) is directed to: (1) update the treatment evidence as to Plaintiff's medical condition; (2) expressly evaluate the non-examining medical source opinion from Dr. Jansen, and explain the reasons for the weight given to this opinion evidence; (3) further consider the Plaintiff's residual functional capacity on the updated record, citing specific evidence in support of assessed limitations; (4) further consider whether the Plaintiff has past relevant work she could perform with the limitations established by the evidence; and (5) as appropriate, secure supplemental evidence

1

from a vocational expert to clarify the effect of the assessed limitations on the Plaintiff's occupational base.

                                      Respectfully submitted,

Dated: July 20, 2012            */s/ Ann M. Cerney*
                                        (as authorized via e-mail)
                                        ANN M. CERNEY
                                        Attorney for Plaintiff

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: July 20, 2012           By */s/ Elizabeth Barry*
                                        ELIZABETH BARRY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 25, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\walker2595.stip.remand.ord.wpd