1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5       160 Spear Street, 8th Floor
        San Francisco, California 94105
6       Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9               UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                  **SACRAMENTO DIVISION**

12  PAMELA WALKER,                    )
                                      )      Case No.  CIV-2:10-02595-DAD
13              Plaintiff,            )
                                      )      STIPULATION AND ORDER
14      v.                            )      FOR REMAND PURSUANT TO SENTENCE
                                      )      FOUR OF 42 U.S.C. § 405(g)
15  COMMISSIONER OF                   )
    SOCIAL SECURITY,                  )
16                                    )
                Defendant.            )
17                                    )
    _____ )
18

19      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

20  record, that this action be remanded to the Commissioner of Social Security for further administrative

21  action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

22  four.

23      On remand, the administrative law judge (ALJ) is directed to: (1) update the treatment evidence as

24  to Plaintiff's medical condition; (2) expressly evaluate the non-examining medical source opinion from

25  Dr. Jansen, and explain the reasons for the weight given to this opinion evidence; (3) further consider the

26  Plaintiff's residual functional capacity on the updated record, citing specific evidence in support of

27  assessed limitations; (4) further consider whether the Plaintiff has past relevant work she could perform

28  with the limitations established by the evidence; and (5) as appropriate, secure supplemental evidence

1  from a vocational expert to clarify the effect of the assessed limitations on the Plaintiff's occupational

2  base.

3                                          Respectfully submitted,

4
   Dated: July 20, 2012                    */s/ Ann M. Cerney*
5                                          (as authorized via e-mail)
                                           ANN M. CERNEY
6                                          Attorney for Plaintiff

7

8                                          BENJAMIN WAGNER
                                           United States Attorney
9
   Dated: July 20, 2012              By */s/ Elizabeth Barry*
10                                         ELIZABETH BARRY
                                           Special Assistant U.S. Attorney
11                                         Attorneys for Defendant

12

13                                         ORDER

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 DATED: July 25, 2012.

16

17                                    _____

18                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
19

20

21

22 Ddad1\orders.soc sec\walker2595.stip.remand.ord.wpd

23

24

25

26

27

28